**93–358.** State ex rel. Dublin Securities, Inc. v. Ohio Div. of Securities. *Franklin County*, No. 91AP–782. On motion to inspect records. Motion granted.

**93–543.** State ex rel. Gerhart v. Summit Cty. Court of Common Pleas. In Procedendo. *Sua sponte,* alternative writ granted.

**93–546.** State ex rel. Jacobs v. Logan Cty. Court of Common Pleas. In Procedendo. *Sua sponte,* alternative writ granted.

**93–634.** State ex rel. Hillyer v. Tuscarawas Cty. Bd. of Commrs. *Tuscarawas County*, No. 92AP090064. On motion to consolidate with 93–473, *State ex rel. Hillyer v. Tuscarawas Cty. Bd. of Commrs.,* Tuscarawas County, No. 92AP090064. Motion granted.

**93–664.** State v. Helton. *Hamilton County*, No. C–920451. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**93–670.** State v. Banks. *Seneca County*, No. 13–89–41. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**93–680.** Habe v. S. Euclid Civ. Serv. Comm. *Cuyahoga County*, No. 61786. On motion for leave to exceed page limit. Motion denied.

A.W. SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**93–704.** In re O'Leary. On motion to show cause directed to Attorney O'Leary. Motion to show cause granted.

## JURISDICTIONAL MOTIONS ALLOWED

**92–668.** Masters v. Masters. *Allen County*, No. 1–91–23.

A.W. SWEENEY, WRIGHT and RESNICK, JJ., dissent.

**93–186.** M.J. DiCorpo, Inc. v. Sweeney. *Cuyahoga County*, No. 61017. On motion and cross-motion to certify the record. Motions allowed.

DOUGLAS, J., dissents.

F.E. SWEENEY, J., not participating.

**93–225.** Kucharski v. Eng. & Contracting Co. *Cuyahoga County*, No. 62273.

MOYER, C.J., and WRIGHT, J., dissent.

F.E. SWEENEY, J., not participating.

**93–227.** State ex rel. Lightfield v. Indian Hill. *Hamilton County*, No. C–910495.

MOYER, C.J., WRIGHT and RESNICK, JJ., dissent.

**93–280.** Freeman v. Norfolk & W. Ry. Co. *Erie County*, No. E–90–68.

RESNICK, J., not participating.

**93–295.** Ford v. Talley Mach. Corp. *Cuyahoga County*, No. 60415.

MOYER, C.J., A.W. SWEENEY and WRIGHT, JJ., dissent.

## JURISDICTIONAL MOTIONS OVERRULED

**92–2383.** State v. Turner. *Montgomery County*, No. 12436.

**93–125.** Fields v. Summit Cty. Executive Branch. *Summit County*, No. 15567.

**93–130.** Petrosky v. Platt. *Montgomery County*, No. 13322.

**93–159.** Hattie v. Hattie. *Stark County*, No. CA–9067.